| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson Takeuchi<br>1055 Wilshire Blvd., Ste. 850<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (888) 970-6310<br>Email: tyson@tysonfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Mariam Abiola Salau | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 10 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** vandenst **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION**

| In re:<br><br>Mariam Abiola Salau,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16129-WB<br>CHAPTER: 13<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Mariam Abiola Salau

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion In Individual Case for Order Imposing a Stay or Continuing The Automatic Stay As The Court Deems Appropriate
   b. *Date of filing of motion:* 10/10/2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 10/10/2023

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 1     **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** *10/17/2023* | **Place:** |
| **Time:** *10:00 a.m.* | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1375 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*  
Date:  
Time:

(B) *Persons/entities to be provided with telephonic notice:*

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

(B) *Deadlines:*  
Date: *10/11/2023*  
Time: *12:00 p.m.*

(C) *Persons/entities to be served with written notice and a copy of this order:*

*All parties in interest*

☐ See attached page

(D) S*ervice is also required upon*:  
-- United States trustee *(electronic service is not permitted)*  
-- ~~Judge's copy personally delivered to chambers (see Court Manual for address)~~

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

(B) <u>Deadlines:</u>
Date: **10/11/2023**

Time: **12:00 p.m.**

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

**All parties in interest**

☐ See attached page

(D) <u>Service is also required upon</u>:
-- United States trustee *(no electronic service permitted)*
~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

(B) <u>Deadlines:</u>
Date:

Time:

(C) <u>Persons/entities to be served with written opposition to the motion:</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>Service is also required upon</u>:
-- United States trustee (*electronic service is not permitted*)
~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's Copy personally delivered to chambers~~<br>~~(see Court Manual for address)~~ |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

☐ at least 2 days before the hearing.
☒ no later than:    Date: *10/12/2023*    Time: *12:00 p.m.*

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: October 10, 2023

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE